UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GWENDOLYN PITRE
AND KENNETH PITRE

VERSUS

CREEKSTONE MANAGEMENT,
LP, ET AL

CIVIL ACTION

NO. 07-540-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 21, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion to Remand filed by plaintiffs, Gwendolyn Pitre and Kenneth Pitre, will be granted and this matter will be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings.

Baton Rouge, Louisiana, October 23, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA